IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHEILA F. DAVIS,

    Defendant.

Case No. 3:95cr63

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S APPLICATION TO SEAL A CRIMINAL RECORD PURSUANT TO OHIO REVISED CODE SECTION 2953.32; REASONING SET FORTH

---

Defendant's motion, seeking an Order of the Court expunging her criminal record pursuant to Ohio Revised Code Section 2953.32, is OVERRULED, given that this Court has no subject matter jurisdiction to seal a federal criminal record pursuant to state law and, further, due to the fact that the federal system provides no means by which a federal conviction can be either expunged or sealed.

August 17, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Sheila Faye, 4729 Castlewood Drive West, Jacksonville, FL 32206